UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 17-10765 |
| ) | |
| CHRIS THOMAS ) | |
| SARAH THOMAS ) | |
| ) | |
| Debtors ) | |

**ORDER AMENDING ORDER OF CONFIRMATION**

This matter having come before the Court on Debtor's Motion to Amend the Order of Confirmation, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the Motion to Amend Order of Confirmation is granted and the Debtors shall surrender the 2007 Toyota Camry to Consumer Portfolio Services in satisfaction of its secured claim, the Trustee shall stop payment on Consumer Portfolio Services' secured claim, Consumer Portfolio Services shall file an Amended Proof of Claim for any deficiency balance within 14 days of the entry of this Order, and the weekly payment shall be reduced from $69.00 to $27.00.

Joan A. Lloyd
United States Bankruptcy Judge
Dated: December 5, 2017

TENDERED BY:

HARLIN PARKER
519 East Tenth Street
P.O. Box 390
Bowling Green, KY 42102-0390
Telephone: (270) 842-5611
Facsimile: (270) 842-2607

/s/Robert C. Chaudoin